

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-19-00003-CV

**TEXAS ASSOCIATION OF COUNTY EMPLOYEES**,
Appellant

v.

Nelson **WOLFF**, County Judge of Bexar; Paul Elizondo, Tommy Calvert, Sergio "Chico" Rodriguez, and Kevin Wolff, Bexar County Commissioners; and Bexar County
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14932
Honorable John D. Gabriel Jr., Judge Presiding

## O R D E R

In this interlocutory appeal of the trial court's order granting Defendants'/Appellees' amended plea to the jurisdiction, on January 11, 2019, the Bexar County District Clerk filed the clerk's record. The day before the record was filed, Appellees filed an objection to the clerk's record and moved this court to strike the clerk's record as defective. Appellees assert the clerk's record contains documents that were filed after the trial court granted the plea to the jurisdiction and the complained-of documents were not before the trial court when it ruled.

The motion to strike the clerk's record as defective or to send it back to the district clerk to be corrected is DENIED.

However, in reviewing the trial court's order granting Appellees' plea to the jurisdiction, this court will not consider any documents in the clerk's record that pertain to the trial court's decision that were not properly before the trial court when the trial court rendered its order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court